**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

IN RE:

AARON SAMMY PERALTA                    CASE NO.  26-10450
                                                                  CHAPTER 7

          Debtor(s).

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

          Please take notice that the firm of EVANS PETREE PC will represent the interests of TD

Bank, N.A.  ("TD Bank") in the above-captioned case.

          The undersigned requests that the name shown below be placed on the mailing matrix

and that all notices in this matter be served upon counsel for TD Bank, as follows:

          Aaron J. Nash, Esq.
          EVANS PETREE PC
          1715 Aaron Brenner Drive, Suite 800
          Memphis, TN  38120

                                                        /s/ Aaron J. Nash
                                                        _____
                                                        Aaron J. Nash (TN 024631)
                                                        EVANS PETREE PC
                                                        Attorneys for TD Bank
                                                        1715 Aaron Brenner Drive, Suite 800
                                                        Memphis, TN  38120
                                                        (615) 567-0168 telephone
                                                        (615) 349-3528 fax
                                                        anash@evanspetree.com